UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

In re SKECHERS USA, INC.
SECURITIES LITIGATION

**O R D E R**

18 Civ. 8039 (NRB)

consolidated with
18 Civ. 9510 (NRB)

------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the pending motion to dismiss will be heard on January 23, 2020, at 11:00 A.M. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

**SO ORDERED.**

Dated: New York, New York
       December 19, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE