# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re SKECHERS USA, INC.　　　　　　　　18 **CIVIL** 8039 (NRB)
SECURITIES LITIGATION

# JUDGMENT

This Document Relates to:

　　All Actions　　　　　　　　　　　　　　．

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 12, 2020, the Court concludes that plaintiffs have failed to state a claim under Section 10(b) of the Exchange Act and Rule 10b-5; as corollary of the plaintiffs' failure to plead a claim under Section 10(b), their purported claim under Section 20(a) of the Exchange Act also fails; therefore, the defendants' motion to dismiss the CAC is granted; accordingly, the case is closed.

**Dated:** New York, New York
　　　　 March 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　　　　　　　**BY:**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**